

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-15-19__

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

Paul Marks
Phone: (212) 356-2432
E-mail: pmarks@law.nyc.gov

November 12, 2019

**BY ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

11/18/19

John G. Koeltl, U.S.D.J.

Re: Kuczinski v. City of New York, et al., 17-CV-7741 (JGK) (KNF)

Dear Judge Koeltl:

The deadline for defendants to file their motion for summary judgment is November 18, 2019, plaintiff's response is due on December 20, 2019 and defendants' reply is due January 10, 2020. Based on unexpected maintenance on the Law Department's network, defendants may not be able to file their motion by November 18. Defendants respectfully request a two day extension of time, until November 20, 2019, to file their motion and that the other dates be adjusted accordingly. Plaintiff consents to this request.   20

Should the Court grant defendants' request, the schedule would be as follows. Defendants' motion for summary judgment is to be filed by November 16, 2019. Plaintiff's opposition is to be filed by December 23, 2019. Defendants' reply is to be filed by January 13, 2020.

Respectfully Submitted,

Paul Marks
Assistant Corporation Counsel

cc: Joseph A. Maria (by ECF, electronic mail at jmariapc@optonline.net)