**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GREGORY KUCZINSKI,

                Plaintiff,                  17 **CIVIL** 7741 (JGK)

      -against-                         **JUDGMENT**

CITY OF NEW YORK, et al.,
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 16, 2020, the Court has considered all of the arguments of the parties. To the extent not discussed specifically in the order, the arguments are either moot or without merit. The defendants' motion for summary judgment is granted. Judgment is entered in favor of the defendants and against the plaintiff; accordingly, the case is closed.

**Dated:**  New York, New York
         July 16, 2020

                                         **RUBY J. KRAJICK**
                                           **Clerk of Court**
                  **BY:**    K. Mango
                                           **Deputy Clerk**